DAVID M. GIVEN (SBN 142375)
dmg@phillaw.com
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone:  415-398-0900
Fax:             415-398-0911

DANIEL SMOLEN, OBA #19943 (*Pro Hac Vice*)
danielsmolen@ssrok.com
DONALD E. SMOLEN, II, OBA #19944 (*Pro Hac Vice*)
donaldsmolen@ssrok.com
ROBERT M. BLAKEMORE, OBA #18656 (*Pro Hac Vice*)
bobblakemore@ssrok.com
SMOLEN SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
Telephone:  (918) 585-2667
Fax:  (918) 585-2669

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN A. ANDERSON, etc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation, et al.,<br><br>　　　　　Defendants. | Case No. 15-CV-01673-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>ADR L.R. 6-5 & Civil L.R. 7 |

**JOINT STIPULATION AND [PROPOSED] ORDER RE MEDIATION -- Case No. 15-cv-01673-RS**

The parties to the above-entitled action, through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on September 24, 2015, the Court entered a Case Management Scheduling Order ("Scheduling Order"), setting the discovery cutoff date of June 17, 2016. *See* Dkt #42.

WHEREAS, the Scheduling Order referred the parties to the ADR Department for the purpose of engaging in "panel mediation to take place, ideally, within the next 120 days."

WHEREAS, the parties engaged the ADR Department, the Department selected a mediator (John F. Barg) and Mr. Barg held two pre-mediation telephone conferences with the parties.

WHEREAS, since the entry of the Scheduling Order, the parties have been attempting to resolve certain discovery issues without the Court's intervention prior to the mediation.

WHEREAS, the parties resolved that they needed additional time to schedule depositions critical to the mediation.

WHEREAS, in the second pre-mediation telephone conference, the parties and Mr. Barg agreed that the mediation, currently set for January 12, 2016 (*see* 11/5/2015 Minute Entry), would not be productive if held on that date, and that the date should be rescheduled.

WHEREAS, the parties would like the opportunity to further evaluate the strengths and weaknesses of their respective positions as well as to be better prepared for meaningful discussions toward the resolution of this case.

WHEREAS, the parties resolved with Mr. Barg's approval that extending the deadline to complete mediation, and resetting the mediation date accordingly, may preserve the Court's and the parties' resources should the mediation prove fruitful.

THEREFORE, based on the foregoing facts, the parties stipulate and agree to an extension of the deadline to complete mediation before Mr. Barg on or before 30 days following the discovery cutoff in this case, or **July 17, 2016**.

Dated:  Jan. 8, 2016

| | |
|---|---|
| /s/Robert M. Blakemore<br>Robert M. Blakemore<br>SMOLEN SMOLEN & ROYTMAN, PLLC | /s/ James V. Fitzgerald, III<br>James V. Fitzgerald, III<br>McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER, LLP |
| /s/ David M. Given<br>David M. Given<br>PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP | Attorneys for Defendants |
| Attorneys for Plaintiff | |

### ATTESTATION

I, David M. Given, am the ECF user whose identification and password is being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ David M. Given
David M. Given

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone:  (415) 398-0900

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED that the deadline for completing mediation in this case shall be July 17, 2016.

Dated:  1/8/16

_____
Honorable Richard Seeborg
United States District Judge