DAVID M. GIVEN (SBN 142375)
dmg@phillaw.com
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129
Telephone: 415-398-0900
Fax:          415-398-0911

DANIEL SMOLEN, OBA #19943 (*Pro Hac Vice*)
danielsmolen@ssrok.com
ROBERT M. BLAKEMORE, OBA #18656 (*Pro Hac Vice*)
bobblakemore@ssrok.com
SMOLEN SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
Telephone: (918) 585-2667
Fax: (918) 585-2669

Attorneys for Plaintiff

JAMES V. FITZGERALD, III (State Bar No. 55632)
ROBERT W. HODGES (State Bar No. 95033)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN A. ANDERSON, etc., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF CONTRA COSTA, a municipal corporation, et al., <br><br> Defendants. | Case No. 15-CV-01673-RS <br><br> **JOINT MOTION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER** <br><br> Complaint Filed: April 13, 2015 |

The parties to the above-entitled action jointly request that this Court modify the existing Case Management Scheduling Order (Dkt. #42) and "Joint Stipulation and Order to Extend Deadline for Disclosure of Expert Witnesses and Pretrial Motions" (Dkt. #47) by extending all current and pending deadlines and dates as set forth herein. In support of this Motion, the parties show the Court as follows:

1. On September 24, 2015, the Court entered its Case Management Scheduling Order ("Scheduling Order"). *See* Dkt #42. Under the Scheduling Order, the fact discovery cutoff date is June 17, 2016. *Id.*

2. On February 29, 2016, the Court entered a certain "Joint Stipulation and Order to Extend Deadline for Disclosure of Expert Witnesses and Pretrial Motions" (hereinafter, "February 29 Order"). *See* Dkt. #47. Under that February 29 Order the last day for: (A) parties to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is June 14, 2016; (B) parties to designate supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is July 14, 2016; (C) parties to complete discovery of expert witnesses is August 12, 2016; and (D) pretrial motions to be heard is September 9, 2016.

3. Recently, the parties have indicated a willingness to participate in a private mediation, and have set a mediation date for August 4, 2016.

4. It is the parties' hope that this mediation will result in a final, amicable resolution of this matter. And the parties wish to avoid further expenditure of resources on the litigation while exploring settlement.

5. In order to accommodate the parties' attempt to settle this case, and to assure that no current deadlines lapse, the parties are seeking an extension, as set forth below, of all current dates and deadlines in the Scheduling Order and February 29, 2016 Order.

6. More specifically, the parties are seeking to modify the Scheduling Order and February 29, 2016 Order as follows:

### A. Scheduling Order (Dkt. #42)

| Deadline | Current Date | Extended Date |
|---|---|---|
| Fact Discovery Cutoff | June 17, 2016 | September 16, 2016 |
| Further Case Management Conference | June 23, 2016 @ 10:00 am | October 13, 2016 @ 10:00 am |
| Pretrial Conference | September 15, 2016 @ 10:00 am | January 12, 2017 @ 10:00 am |
| Jury Trial | October 17, 2016 @ 9:00 am | To be set by the Court |

### B. February 29, 2016 Order (Dkt. #47)

| Deadline | Current Date | Extended Date |
|---|---|---|
| Last day for parties to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) | June 14, 2016 | September 12, 2016 |
| Last day for parties to designate supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) | July 14, 2016 | October 12, 2016 |
| Last day for parties to complete discovery of expert witnesses is August 12, 2016 | August 12, 2016 | November 11, 2016 |
| Last day for pretrial motions to be heard | September 9, 2016 | December 8, 2016 |

7.   A scheduling order may be modified "for good cause and with the judge's consent." Fed. R. Civ.P. 16(b)(4). District Courts are the masters of their own calendars, and thus enjoy "broad discretion" in reviewing motions for continuance and determining deadlines for pretrial and trial activities. *Morris v. Slappy,* 461 U.S. 1, 11 (1983); *Phillips v. Ferguson*, 182 F.3d 769, 775 (10th Cir. 1999).

8.   Under the circumstances, as set forth herein, the parties believe, and urge the Court to find, that there is "good cause" to modify the existing Case Management Scheduling Order (Dkt. #42) and "Joint Stipulation and Order to Extend Deadline for Disclosure of Expert

Witnesses and Pretrial Motions" (Dkt. #47) by extending all current and pending deadlines and dates by sixty (60) days (as set forth in ¶ 6, *supra*).

9. This Motion is not sought for the purpose of unnecessary delay, or for any other improper purpose.

WHEREFORE, premises considered, the parties jointly request that Court enter an Order modifying the existing Case Management Scheduling Order (Dkt. #42) and "Joint Stipulation and Order to Extend Deadline for Disclosure of Expert Witnesses and Pretrial Motions" (Dkt. #47) by extending all current and pending deadlines and dates as set forth in ¶ 6, *supra*.

Dated:  June 13, 2016                                    Dated:  June 13, 2016

/s/Robert M. Blakemore                                   /s/ James V. Fitzgerald, III
Robert M. Blakemore                                      James V. Fitzgerald, III
SMOLEN SMOLEN & ROYTMAN, PLLC          McNAMARA, NEY, BEATTY, SLATTERY,
                                                                         BORGES & AMBACHER, LLP

/s/ David M. Given
David M. Given                                              Attorneys for Defendants
PHILLIPS, ERLEWINE, GIVEN
& CARLIN LLP

Attorneys for Plaintiff

**ATTESTATION**

I, David M. Given, am the ECF user whose identification and password is being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

/s/ David M. Given
David M. Given

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone:  (415) 398-0900

3
**JOINT MOTION TO MODIFY SCHEDULING ORDER - Case No. 15-cv-01673-RS**

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED that the schedule of this case shall be modified as follows:

1. Last day for parties to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be September 12, 2016.

2. Fact Discovery Cut-off shall be September 16, 2016.

3. Last day for parties to designate supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be October 12, 2016.

4. Further Case Management Conference shall be held on October 13, 2016 at 10:00 am.

5. Last day for parties to complete discovery of expert witnesses is November 11, 2016

6. Last day for pretrial motions to be heard December 8, 2016.

7. Pretrial Conference shall be held on January 12, 2017 at 10:00 a.m.

8. Jury trial shall be set for  January 23 , 2017.

**IT IS SO ORDERED.**

Dated:  6/13/16

_____
Honorable Richard Seeborg
United States District Judge

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone:  (415) 398-0900