MARTIN J. AMBACHER (State Bar No. 144596)
martin.ambacher@mcnamaralaw.com
ROBERT W. HODGES (State Bar No. 95033)
robert.hodges@mcnamaralaw.com
NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
COUNTY OF CONTRA COSTA, a municipal corporation;
DAVID O. LIVINGSTON, in his individual and official capacities; CONTRA COSTA HEALTH SERVICES; DENNIS MCBRIDE, M.D.; ADAM BUCK, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN A. ANDERSON, individually and as Successor-In-Interest of Decedent, ROBERT W. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; DAVID O. LIVINGSTON, in his individual and official capacities; CONTRA COSTA HEALTH SERVICES; DENNIS MCBRIDE, M.D.; MICHELLE CUNNINGHAM, M.D.; ADAM BUCK, M.D., and DOES 1-10,<br><br>Defendants. | Case No. C15-01673 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PRE TRIAL CONFERENCE RELATED DEADLINES IN ORDER TO FINALIZE A SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: January 29, 2018 |

Plaintiff SHAUN A. ANDERSON, and Defendants, jointly, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS the parties have entered into a settlement in principle, which will fully resolve

STIP. AND ORDER TO EXTEND PRETRIAL
RELATED DEADLINES TO FINALIZE
SETTLEMENT IN PRINCIPLE, C15-01673 RS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

1. this matter once approved and finalized.

2. WHEREAS the finalization and resolution of the settlement in principle depends on the County Board of Supervisors (Board) approval of the settlement amount agreed to by the parties.

3. WHEREAS the next scheduled Board meeting will occur on December 5, 2017. County representatives will be recommending approval of the settlement to the Board which Defendants reasonably anticipate will be approved by the Board.

4. WHEREAS the current Pretrial Conference in this matter is set for December 7, 2017, and all pretrial filings are due filed by November 27, 2017.

5. WHEREAS the parties contemplate that the time needed to approve and finalize this settlement, including presentation to the Board, will conflict with the presently set Pretrial deadlines and Pretrial Conference.

6. WHEREFORE good cause has been demonstrated to reset the Pretrial Conference date to this case to January 18, 2018, and to extend the pretrial filings deadlines to January 8, 2018, or to a date convenient for the Court in January of 2018. The parties are also amenable to any other ways to handle this situation, per the discretion of the Court. The parties agree to apprise the Court of the outcome of the Board meeting on December 5th.

**IT IS SO STIPULATED.**

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: November 15, 2017

By: __/s/ Blakemore, Robert_____
Robert M. Blakemore
David M. Given
Attorney for Plaintiffs, SHAUN A. ANDERSON

/ / /

| | |
|---|---|
| Dated: November 15, 2017 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |

By: ___/s/ Hodges, Robert_____
Martin J. Ambacher
Robert W. Hodges
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
COUNTY OF CONTRA COSTA, a municipal corporation; DAVID O. LIVINGSTON, in his individual and official capacities; CONTRA COSTA HEALTH SERVICES; DENNIS MCBRIDE, M.D.; ADAM BUCK, M.D.

### ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Court hereby continues the Pretrial Conference in this matter to January 18, 2017. All Pretrial filings in this matter will be due filed by both parties by no later than January 8, 2018, per the mandates of prior orders in effect in this case. The Defendants file a letter update to the Court by December 7th as to the outcome of the Board meeting on December 5th.

**IT IS SO ORDERED**

Dated: __11/16_____, 2017

By: _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE