MARTIN J. AMBACHER (State Bar No. 144596)
martin.ambacher@mcnamaralaw.com
ROBERT W. HODGES (State Bar No. 95033)
robert.hodges@mcnamaralaw.com
NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
COUNTY OF CONTRA COSTA, a municipal corporation;
DAVID O. LIVINGSTON, in his individual and official
capacities; CONTRA COSTA HEALTH SERVICES; DENNIS
MCBRIDE, M.D.; ADAM BUCK, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN A. ANDERSON, individually and as Successor-In-Interest of Decedent, ROBERT W. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; DAVID O. LIVINGSTON, in his individual and official capacities; CONTRA COSTA HEALTH SERVICES; DENNIS MCBRIDE, M.D.; MICHELLE CUNNINGHAM, M.D.; ADAM BUCK, M.D., and DOES 1-10,<br><br>Defendants. | Case No. C15-01673 RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>Judge: Hon. Richard Seeborg |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this wrongful death rights action has settled in its entirety.

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE
ACTION – C15-01673 RS

WHEREAS the settlement documents have been fully executed and payment of the settlement funds has been made.

WHEREAS the parties, therefore, stipulate and request that this Court hereby dismisses the entire action, with prejudice. Each party bears its own costs and fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: November __, 2017     SMOLEN SMOLEN & ROYTMAN, PLLC

By: _____
    Robert M. Blakemore
    Attorneys for Plaintiff

Dated: November __, 2017     MCNAMARA, NEY, BEATTY, SLATTERY,
                             BORGES & AMBACHER LLP

By: _____
    Martin J. Ambacher
    Robert W. Hodges
    Noah G. Blechman
    Amy S. Rothman
    Attorneys for Defendants
    COUNTY OF CONTRA COSTA, a municipal
    corporation; DAVID O. LIVINGSTON, in his
    individual and official capacities; CONTRA COSTA
    HEALTH SERVICES; DENNIS MCBRIDE, M.D.;
    ADAM BUCK, M.D.

# **ORDER**

Good cause having been shown by the parties, the Court hereby orders that this civil action is hereby dismissed in its entirety, with prejudice. Each party bears its own costs and fees.

IT IS SO ORDERED.

Dated: 1/8/18

By: _____
Honorable Richard Seeborg
United States Magistrate Judge